OPINION — AG — QUESTION: "WHETHER OR NOT IT IS THE OPINION OF THE AG THAT ENROLLED HOUSE BILL NO. 1073 IS A LEGAL BILL AND NOT IN CONFLICT WITH PROVISIONS OF THE CONSTITUTION OF OKLAHOMA?" — IT IS CONSTITUTIONAL BILL STATES: PROMOTE ALL FEASIBLE RESERVOIR SITES, CREATES THE WATER CONSERVATION STORAGE COMMISSION, DUTIES SELL OR A PORTION OF THE INVESTMENT CERTIFICATES TO THE STATE INSURANCE FUND. CITE: ARTICLE X, SECTION 24, ARTICLE X, SECTION 25 (LEE COOK)